E-FILED
Tuesday, 07 September, 2004 02:41:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 00 CV 2296 |
| | ) | |
| vs. | ) | |
| | ) | Judge Michael P. McCuskey |
| ROBOTIC SOLUTIONS, INC., d/b/a | ) | Magistrate Judge David G. Bernthal |
| MEASURED MARKETING, INC., and | ) | |
| STEVEN D. DUBY, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION TO DISMISS

It is hereby stipulated by and between the plaintiff, General Electric Company, and defendants Steven D. Duby and Robotic Solutions, Inc., d/b/a Measured Marketing, Inc., through their respective counsels, that this case be dismissed without prejudice and without costs to the parties, all costs having been paid and all matters in controversy for which this action was brought having been duly settled, compromised and adjourned.

_____
Attorneys for Plaintiff
Richard E. Gottlieb
Julie C. Keller
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Dr., Suite 2300
Chicago, Illinois 60606

_____
Attorney for Defendants
Ronald J. Gerts
735 Almar Parkway, Suite B
Bourbonnais, Illinois 60914

CHICAGO\2043454.1
ID\JCKE